MARGARET M. HANRATTY, as Administratrix, etc., Appellant, v. GIMBEL BROTHERS, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event, on the ground that the question of defendant's negligence and the plaintiff's freedom from contributory negligence should have been submitted to the jury.   Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE LINCOLN NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. JOHN PEIRCE COMPANY and Others, Impleaded with McCLINTIC MARSHALL COMPANY and Others, Appellants, and J. L. MOTT IRON WORKS, Respondent.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ROBERT B. KEGERREIS, Appellant, v. EDWARD S. VAN ZILE, Respondent. — Order affirmed, with ten dollars costs and disbursements.   No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ALBERT BRAUER, Respondent, v. JULIA WATT LAWRENCE, Appellant.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.